**KELLY–SPRINGFIELD TIRE COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 4330.

Circuit Court of Appeals, Fourth Circuit.

May 31, 1938.

William C. Walsh, of Cumberland, Md., for petitioner.

Charles Fahy, General Counsel, and Robert B. Watts, Associate General Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Stipulation for consent decree and consent decree filed.

**L. F. KINER, Appellant, v. W. S. DE MOSS.**

No. 11097.

Circuit Court of Appeals, Eighth Circuit.

Jan. 22, 1938.

C. I. Level, Asst. U. S. Atty., of Denison, Iowa, for appellant.

W. H. T. Wellons, of Glenwood, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this Court, on motion of appellant and certificate of clerk of United States District Court.

**Gilfard L. LAFFERTY, alias Louis W. Lafferty, v. UNITED STATES of America.**

No. 8051.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Ralph Davis, of Memphis, Tenn., for appellant.

Wm. McClanahan, of Memphis, Tenn., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that the transcript of record in this case was tendered out of time on November 1st, 1937, and that appellant has failed, after due notice, either to file motion for permission to file the record out of time, or to take any steps to prosecute the appeal; on consideration whereof, it is ordered upon the court's own motion, that the appeal herein be and the same is docketed and dismissed.

**LUTCHER & MOORE CYPRESS LUMBER CO. et al., Appellants, v. MANUFACTURING LUMBERMEN'S UNDERWRITERS et al.**

No. 11022.

Circuit Court of Appeals, Eighth Circuit.

May 11, 1938.

A. J. Granoff, John G. Madden, and Daniel V. Howell, all of Kansas City, Mo., for appellants.

Charles M. Howell, Floyd E. Jacobs, Scott R. Timmons, James P. Aylward, Terence M. O'Brien, I. J. Ringolsky, William G. Boatright, and Harry L. Jacobs, all of Kansas City, Mo., Boyle G. Clark, and William H. Becker, both of Columbia, Mo., and Charles L. Henson, of Springfield, Mo., for appellees.

PER CURIAM.

Appeal dismissed with prejudice pursuant to dismissal filed by appellants.